UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

SPIRIT AEROSYSTEMS HOLDINGS, INC.,

              Plaintiff,

v.

SCOPIA CAPITAL MANAGEMENT LP;
SCOPIA MANAGEMENT, INC.; SCOPIA
CAPITAL GP LLC; MATTHEW SIROVICH;
JEREMY MINDICH; SCOPIA WINDMILL
FUND LP; SCOPIA INTERNATIONAL
MASTER FUND LP; SCOPIA PX LLC;
SCOPIA PX INTERNATIONAL MASTER
FUND LP; SCOPIA PARTNERS LLC;
SCOPIA LB LLC; SCOPIA LB
INTERNATIONAL MASTER FUND LP;
SCOPIA LONG LLC; SCOPIA LONG
INTERNATIONAL MASTER FUND LP;
SCOPIA LONG QP LLC; AND SMA,

              Defendants,

No. 18-cv-01735 (LTS)(HB)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---------------------------------------------------------------X

**IT IS HEREBY STIPULATED** by the parties through their respective attorneys that this action be dismissed with prejudice, each party to bear their own costs.

Dated: June 18, 2019
       New York, New York

*[Signatures on following page]*

1

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**1:18-cv-01735**

Dated: New York, New York
June 1̲8̲, 2019

**COHEN & GRESSER LLP**

*(signature)*

Daniel H. Tabak
800 Third Avenue
New York, New York 10022
Tel.: (212) 957-7600
Fax: (212) 957-4514

*Attorneys for Spirit AeroSystems Holdings, Inc.*

**AKIN GUMP STRAUSS HAUER & FELD LLP**

*(signature)*

Douglas A. Rappaport
Robert H. Pees
Jacqueline Yecies
Kaitlin D. Shapiro
One Bryant Park
New York, NY 10036
Telephone: (212) 872-7412
Fax: (212) 872-1002

*Attorneys for the Scopia Defendants*

SO ORDERED:

_____
*Honorable Henry Pitman USMJ*
New York, New York
June ___, 2019