UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────── X
SPIRIT AEROSYSTEMS HOLDINGS, INC.,  :
:
            Plaintiff,  :
  v.  :
:
SCOPIA CAPITAL MANAGEMENT LP;  :
SCOPIA MANAGEMENT, INC.; SCOPIA  :
CAPITAL GP LLC; MATTHEW SIROVICH;  :
JEREMY MINDICH; SCOPIA WINDMILL  :
FUND LP; SCOPIA INTERNATIONAL  :
MASTER FUND LP; SCOPIA PX LLC;  :
SCOPIA PX INTERNATIONAL MASTER  :
FUND LP; SCOPIA PARTNERS LLC;  : No. 18-cv-01735 (LTS)(HB)
SCOPIA LB LLC; SCOPIA LB  :
INTERNATIONAL MASTER FUND LP;  :
SCOPIA LONG LLC; SCOPIA LONG  : **STIPULATION OF DISMISSAL**
INTERNATIONAL MASTER FUND LP;  : **WITH PREJUDICE**
SCOPIA LONG QP LLC; AND SMA,  :
:
            Defendants,  :
────────────────────────────── X

      **IT IS HEREBY STIPULATED** by the parties through their respective attorneys that this action be dismissed with prejudice, each party to bear their own costs.

Dated: June 18, 2019
       New York, New York

*[Signatures on following page]*

1

## STIPULATION OF DISMISSAL WITH PREJUDICE
## 1:18-cv-01735

Dated: New York, New York
June 18, 2019

| | |
|---|---|
| **COHEN & GRESSER LLP** | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| *(signature)* | *(signature)* |
| Daniel H. Tabak | Douglas A. Rappaport |
| 800 Third Avenue | Robert H. Pees |
| New York, New York 10022 | Jacqueline Yecies |
| Tel.: (212) 957-7600 | Kaitlin D. Shapiro |
| Fax: (212) 957-4514 | One Bryant Park |
| | New York, NY 10036 |
| | Telephone: (212) 872-7412 |
| | Fax: (212) 872-1002 |
| *Attorneys for Spirit AeroSystems Holdings, Inc.* | *Attorneys for the Scopia Defendants* |

SO ORDERED:

*(signature)* 6/19/19

LAURA TAYLOR SWAIN, U.S.D.J

2